IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:  MALIBU MEDIA, LLC,
PATRICK COLLINS, INC.,
THIRD DEGREE FILMS, INC.,
RAW FILMS, INC., AND
ZAMBEZIA FILM (PTY.) LTD.

**ORDER OF REASSIGNMENT**

Pursuant to my authority as Chief Judge under D.C.COLO.LCivR 40.1A, and with approval of the active district judges of this court, all current case involving Malibu Media, LLC; Patrick Collins, Inc.; Third Degree Films, Inc.; Raw Films, Inc.; and Zambezia Film (Pty.) Ltd. will be reassigned to Senior District Court Judge Wiley Y. Daniel and Magistrate Judge Michael E. Hegarty, effective April 1, 2013.  Additionally, all future cases involving these same parties and similar claims will be assigned directly to Senior Judge Daniel and Magistrate Judge Hegarty.  Other cases involving similar copyright infringement claims that concern use of the Internet and BitTorrent protocol may be reassigned on a case-by-case basis, upon request from the assigned judicial officers to the Chief Judge.

Dated: April 1, 2013

BY THE COURT:

_Marcia S. Krieger_
Marcia S. Krieger,
Chief United States District Judge